THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| PATRICIA HANNEMANN, et al., | ) |
| Plaintiffs, | ) CASE NO.: 1:04CV2548 |
| vs. | ) JUDGE O'MALLEY |
| LAVALLE TRANSPORTATION, et al., | ) **STIPULATED NOTICE** |
| | ) **OF DISMISSAL** |
| Defendants. | ) |

Now come the parties, by and through counsel, and do hereby stipulate that the within matter is settled and dismissed with prejudice, Defendants to pay costs. The Court may enter an order accordingly, notice by Clerk being hereby waived.

Respectfully submitted,

/s/ *Michael P. Gilbride*
MICHAEL P. GILBRIDE (0062471)
REMINGER & REMINGER CO., L.P.A.
237 W. Washington Row, Second Floor
Sandusky, Ohio 44870
(419) 609-1311/FAX (419) 626-4805
mgilbride@reminger.com

Attorneys for the Defendants Lavalle
Transportation and William J. Starkey

/s/ *J. Michael Monteleone*
J. MICHAEL MONTELEONE (0006690)
JEFFRIES, KUBE, FORREST &
MONTELEONE CO., L.P.A.
1650 Midland Building
101 W. Prospect Avenue
Cleveland, Ohio 44115
(216) 771-4050/FAX (216) 771-0732
jmonteleone@jkfmlaw.com
bzelasko@jkfmlaw.com

Attorneys for Plaintiffs

GRANTED: ✓
DENIED: _____

*Kathleen M. O'Malley*
U.S. District Judge